IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

ALONZO DIEGO CRISTOBAL,

      Petitioner,

v.

Case No. 5D23-1370
LT Case No. 2020-CF-003383-A

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed April 21, 2023

Petition for Belated Appeal,
A Case of Original Jurisdiction.

Michael A. Graves, Public Defender,
and Julia J. Williamson, Assistant
Public Defender, Ocala, for Petitioner.

No Appearance for Respondent.


PER CURIAM.

      The petition for belated appeal is granted. A copy of this opinion shall

be filed with the trial court and be treated as the notice of appeal from the

January 5, 2023 judgment and sentence rendered in Case No. 2020-CF-

003383-A, in the Circuit Court in and for Marion County, Florida.  <u>See</u> Fla.

R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

SOUD, BOATWRIGHT and KILBANE, JJ., concur.